RICHARD J. DOREN, SBN 124666
   rdoren@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY M. SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS F., CAROL F., and GRACE F.; <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. CV-12-2819-MMC <br><br> **[PROPOSED ORDER] GRANTING JOINT STIPULATION REGARDING THE FILING OF DOCUMENTS APPLICABLE TO ALL RELATED CASES** <br><br> The Hon. Maxine M. Chesney <br><br> Third Amended Complaint Filed: 04/13/2016 |
| KIM B. and AVIVA B. <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 3:16-cv-01395-MMC <br><br> Complaint Filed: 03/22/2016 |

Gibson, Dunn &
Crutcher LLP

~~[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO FILE FULL SCOPE OF EVIDENCE IN ELECTRONIC FORMAT~~

| | |
|---|---|
| ALISON B. and DANIEL B. | CASE NO. 3:16-cv-01398-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| WILLIAM B. and RYAN B. | CASE NO. 3:16-cv-01402-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| LLOYD B. and TALYA B. | CASE NO. 3:16-cv-01405-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RODNEY K. and BRIAN K. | CASE NO. 3:16-cv-01397-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| MARK L. and ELAINE L. | CASE NO. 3:16-cv-01399-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| R.M. and M.M. | CASE NO. 3:16-cv-01401-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| PERRY P. and EVAN P. | CASE NO. 3:16-cv-01400-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| RICHARD R. and SUSANNA R. | CASE NO. 3:16-cv-01404-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| DAGMAR W. and SAMANTHA W.. | CASE NO. 3:16-cv-01403-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |
| CHERYL N. and TRISTAN W. | CASE NO. 3:16-cv-01406-MMC |
| Plaintiffs, | Complaint Filed: 03/22/2016 |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

# **ORDER**

Good cause being shown in the Parties' Joint Stipulation Regarding the Filing of Documents Applicable to All Related Cases, IT IS HEREBY ORDERED THAT any document that applies to all twelve (12) related cases shall be filed <u>only</u> in the lead action (Case No. 3:12-cv-02819), and are deemed filed in all twelve (12) related cases.

**IT IS SO ORDERED.**

DATED this __22__ day of __July_____, 2016

_____
The Hon. Maxine M. Chesney
United States District Court Judge for the
Northern District of California